IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00225-AP

ANGELA J. ALLEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    GORDON W. WILLIAMS
    143 Union Blvd., Suite 270
    Lakewood, CO 80228
    (303) 988-2841
    gwilliamsefile@jeffcolaw.net

    For Defendant:
    JOHN F. WALSH
    United States Attorney

    WILLIAM G. PHARO
    Assistant United States Attorney
    william.pharo@usdoj.gov

    THOMAS S. INMAN
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado 80202
    (303) 844-0014
    tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 01/26/2012

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 02/02/2012

    C.    **Date Answer and Administrative Record Were Filed:** 04/02/2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 05/31/2012

    B.    **Defendant's Response Brief Due:** 07/02/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 07/17/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

     A.    **Plaintiff's Statement:**   Oral argument is not requested.

     B.    **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

     B.    (x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 23rd day of April, 2012.

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | JOHN F. WALSH |
| s/*Gordon W. Williams* | UNITED STATES ATTORNEY |
| GORDON W. WILLIAMS |  |
| 143 Union Blvd., Suite 270 | WILLIAM G. PHARO |
| Lakewood, CO 80228 | Assistant United States Attorney |
| (303) 988-2841 |  |
| gwilliamsefile@jeffcolaw.net | s/ *Thomas S. Inman* |
|  | THOMAS S. INMAN |
| Attorney for Plaintiff | Special Assistant U.S. Attorney |
|  | 1001 17th Street |
|  | Denver, Colorado 80202 |
|  | Telephone:  (303) 844-0014 |
|  | tom.inman@ssa.gov |