**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00225-CMA

ANGELA J. ALLEN,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was decided by Judge Christine M. Arguello on Plaintiff Angela J. Allen's, Social Security Appeal.  Pursuant to the order entered orally in open court on November 9, 2012, it is

ORDERED that the decision of the administrative Law Judge is reversed and remanded.

IT IS FURTHER ORDERED that Plaintiff Angela J. Allen shall recover costs from the Defendant Michael J. Astrue, Commissioner of Social Security.  Any motion for attorneys fees under the Equal Access to Justice Act shall be filed within 30 days of the final judgment.

    Dated at Denver, Colorado this 14th day of November, 2012.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:  s/Sandra Hartmann

                Sandra Hartmann, Deputy Clerk