**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-CV-00225-CMA

ANGELA J. ALLEN

    Plaintiff/Applicant,

v.

CAROLYN COLVIN, Commissioner of the Social Security Administration,

    Defendant.
_____

**ORDER GRANTING RELIEF FROM JUDGMENT
PURSUANT TO RULE 60(b) F.R.C.P. AND APPROVING
ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**
_____

The Court, having reviewed the Motion for Relief from Judgment Pursuant to Rule 60(b) F.R.C.P. and Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. §406(b) filed by Plaintiff's attorney, does find and order as follows:

1. There is good cause to grant relief from judgment pursuant to Rule 60(b) F.R.C.P. and *McGraw v. Barnhart,* 450 F.3d 493 (10th Cir. 2006) so that Plaintiff's counsel can file a motion for approval of attorney's fees pursuant to 42 U.S.C. §406(b) and it is ordered that relief from judgment be granted and the case be re-opened for the purpose of approving attorney fees.

2. The Court having review the motion for attorney's fees, finds that the request is appropriate under the criteria of *Gisbrecht v. Barnhart,* 535 U.S. 789, 152 L.Ed.2d 996, 122 S.Ct. 1817 (2000), and hereby approves attorney's fees under

42 U.S.C. §406(b) in the sum of $59,791.00, and further orders that the fees be paid to the attorney, Gordon W. Williams, from the funds withheld by the Commissioner of Social Security for the payment of attorney's fees.

3. Counsel will refund to his client the previously approved attorney's fees totaling $13,630.41, which the Court awarded under the Equal Access to Justice Act

DATED: January 22, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge